IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA STERLING,<br><br>           Plaintiff,<br><br>vs.<br><br>NEBRASKA STATE COLLEGE SYSTEM,<br><br>           Defendant. | **8:21CV472**<br><br>**ORDER TO SHOW CAUSE** |

A telephone conference was set before the undersigned magistrate judge at 10:30 a.m. today. Defendant's counsel appeared, but Plaintiff's counsel did not appear and has not provided an explanation for his nonappearance.

This case was filed on December 20, 2021. The final progression order entered on January 27, 2022 set a written discovery deadline for June 24, 2022 and a deposition deadline of August 12, 2022. A review of the docket indicates that Defendant has served initial disclosures, discovery requests and a notice of deposition. (Filing Nos. 10, 11, 13). Plaintiff has not served any discovery requests or deposition notices, and has not requested an extension of any case progression deadlines.

NECivR 41.2 states, in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

IT IS ORDERED that Plaintiff shall have until September 27, 2022 to show cause why the claims against Nebraska State College System should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely

comply with this order may result in the dismissal of claims against Nebraska State College System without further notice.

Dated this 6th day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge